United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| HENDRIK BLOCK,<br><br>          Plaintiff,<br><br>     v.<br><br>THE GRANARY, LLC,<br><br>          Defendant. | Case No.  15-cv-04988-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE REPORT AND RECOMMENDATION ON DEFENDANT THE GRANARY, LLC**<br><br>[Re:  ECF 22] |

Upon filing, this action was randomly assigned to Magistrate Judge Nathanael Cousins, who subsequently heard Plaintiff's motion for a default judgment and issued a Report and Recommendation that it be granted and that Plaintiff be awarded damages of $4,000, attorneys' fees and costs of $3,467.37, and that an injunction be issued requiring The Granary, LLC to comply with the Americans with Disabilities Act and California Code of Regulations, Title 24 within 6 months.  ECF 22.

Since Defendant The Granary, LLC has not consented to magistrate judge jurisdiction, the matter was reassigned to the undersigned for disposition on May 9, 2016.  Plaintiff shall promptly serve a copy of this order and the Report and Recommendation on Defendant and file proof of service with the court.  Any party may file objections to the Report and Recommendation within 14 days of being served with a copy.

**IT IS SO ORDERED.**

Dated: May 9, 2016

_____
BETH LABSON FREEMAN
United States District Judge