# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE GRANARY, LLC,<br><br>　　　　Defendant. | Case No. 15-cv-04988-BLF<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order adopting the Report and Recommendation of Magistrate Judge Nathanael Cousins, IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of Plaintiff Hendrik Block and against Defendant The Granary, LLC in the amount of (1) $4,000 in statutory damages; (2) $1,990.87 in attorneys' fees; and (3) $1,473.50 in costs.

**IT IS SO ORDERED.**

Dated: May 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge